UNITED STATES of America, Plaintiff-Appellee,

v.

Joshua Curtis CLARK, Defendant-Appellant.

No. 16-11543

Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

Filed (January 17, 2017)

Adam W. Overstreet, Kenyen Ray Brown, Michele Carstens O'Brien, U.S. Attorney's Office, Mobile, AL, for Plaintiff-Appellee

Joshua Curtis Clark, Memphis, TN, for Defendant-Appellant

Before MARTIN, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

William Hughes, appointed counsel for Joshua Clark in this direct criminal appeal,

has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Clark's conviction and sentence are **AFFIRMED**.